### 18326.　NEWSOME *v.* THE STATE.

BROYLES, C. J.  The motion for a new trial contained the usual general grounds only.  The verdict was authorized by the evidence, and the refusal to grant a new trial was not error.

*Judgment affirmed.  Luke and Bloodworth, JJ., concur.*

DECIDED NOVEMBER 16, 1927.

Selling intoxicating liquor; from Macon superior court—Judge Littlejohn.  June 21, 1926.

*Jere M. Moore,* for plaintiff in error.

*Jule Felton, solicitor-general,* contra.

---

Criminal Law, 16 C. J. p. 1218, n. 46.
Intoxicating Liquors, 33 C. J. p. 764, n. 1.